**FILED IN CHAMBERS**
U.S.D.C - Atlanta

DEC 1 3 2011

James N Hatten, Clerk
By: *MCarrie*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION FILE |
| v. | : | NO. 1:11-CR-455-ODE-ECS |
| | : | |
| CHARLES WILLIAM DANIELS (1); | : | |
| DYSON ONNIE MCCRAY (2); and | : | |
| JAMAIL CHRISTOPHER BISCAINO (3) | : | |

## ORDER

This criminal action is before the Court on the Report and Recommendation of United States Magistrate Judge C. Christopher Hagy filed November 18, 2011 [Doc. 36]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that the Motion to Sever filed by Defendant McCray [Doc. 33] and the Motion to Sever filed by Defendant Biscaino [Doc. 32] be denied without prejudice because they are premature.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, the Motions to Sever [Docs. 32, 33] are DENIED WITHOUT PREJUDICE.

SO ORDERED, this __13__ day of December, 2011.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE